UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CR. NO. 3:22-CR- |
| v. | : |
| | : |
| | : (Judge          ) |
| **JEFFREY J. VAUGHN,** | : |
| **Defendant.** | : |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## INTRODUCTION

At all times material to the Information:

1. The Scranton Police Department ("SPD") was the police department for the City of Scranton and the second largest municipal police department in the Middle District of Pennsylvania. SPD had the authority to enforce the criminal laws of the Commonwealth of Pennsylvania and the local ordinances of the City of Scranton. For each of calendar years 2020 and 2021, SPD received annual benefits, in the form of federal grants, from the United States in excess of $10,000.00.

2. Village Park Apartments (also referred to by SPD and hereafter as "Housing Unit 2") was a publicly funded apartment complex located at 100 Townhouse Boulevard in Scranton, PA. Pursuant to

1

agreement, SPD provided supplemental security services to Housing Unit 2 since approximately the 2010s. Specifically, SPD officers working four or five hour shifts provided roving police patrols of the area in and around the complex during the evening and late night hours. The patrols occurred each year from Memorial Day to Labor Day and the number of patrols actually worked by SPD officers varied each week. The patrols were paid for at least in part with federal funds provided to Housing Unit 2 by the United States Department of Housing and Urban Development. At the conclusion of the Memorial Day to Labor Day period, Housing Unit 2 made payment to SPD in an amount that was a function of the number of shifts worked by SPD officers patrolling the area.

3. Midtown Apartments (also referred to by SPD and hereafter as "Housing Unit 3") was a publicly funded apartment complex located at 670 Adams Avenue in Scranton, PA. Pursuant to agreement, SPD provided supplemental security services to Housing Unit 3 since approximately the 2000s. Specifically, SPD officers working four hour shifts provided roving police patrols of the area in and around the complex during the evening and late night hours. The patrols occurred year round and the number of patrols varied per week. At the conclusion of each

month, Housing Unit 3 made payment to SPD in an amount that was a function of the number of shifts worked by SPD officers patrolling the area.

4.  Hilltop Manor and Valley View Terrace (also referred to by SPD and hereafter as "Housing Unit 4") were two proximately located and publicly funded apartment complexes in Scranton, PA that were managed by the Scranton Housing Authority. Pursuant to agreement, SPD provided supplemental security services to Housing Unit 4 since approximately 2011. Specifically, SPD officers working four hour shifts provided roving police patrols of the area in and around the complexes during the evening and late night hours. The patrols occurred year round and the number of patrols varied per week. The patrols were paid for with federal funds provided to Housing Unit 4 by the United States Department of Housing and Urban Development. At the conclusion of each month, the Scranton Housing Authority made payment to SPD in an amount that was a function of the number of shifts worked by SPD officers patrolling the area.

5.  Defendant JEFFREY J. VAUGHN was an officer in SPD since approximately 2000, most recently holding the formal rank of Sergeant. Vaugh also held a supervisory post within SPD, as head of the Street Crimes Unit.

6. Like other senior SPD officers, Vaughn regularly signed up to work so-called "extra duty assignments." A category of overtime available to SPD officers based primarily on seniority, extra duty assignments included the roving evening and late night police patrols contracted for by Housing Units 2, 3, and 4.

7. Vaughn was paid a rate of approximately $34.42 for each hour of each extra duty patrol shift that he claimed to work.

## COUNT 1
18 U.S.C. § 666
(Theft Concerning Programs Receiving Federal Funds)

From on or about July 31, 2021, to on or about April 22, 2022, in Lackawanna County, within the Middle District of Pennsylvania, the defendant,

**JEFFREY J. VAUGHN,**

being an agent of an organization which received benefits in excess of $10,000.00 under a federal program involving a grant, contract, subsidy, loan guarantee and other form of federal assistance in any one-year period, namely, the Scranton Police Department, knowingly embezzled, stole, obtained by fraud, and otherwise without authority converted to his own use property valued at $5,000.00 and more that was owned by and

4

was under the care, custody and control of the Scranton Police Department, to wit, over $5,000.00 in compensation paid to him for extra duty police patrol shifts at local Housing Units 2, 3 and 4 that he claimed to work but did not work.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

JOHN C. GURANUS
Attorney for the United States,
Acting under Authority Conferred
by 28 U.S.C. § 515

_____     8-24-2022
JEFFERY ST JOHN                      _____
Assistant United States Attorney     Date