THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   3:22-CR-303 |
| | :   (JUDGE MARIANI) |
| JEFFREY VAUGHN, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS \_\_\_5th\_\_\_ DAY OF MARCH, 2025, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Jeffrey Vaughn's letter-motion requesting early termination of his supervised release (Doc. 32) is **DENIED**.

_____
Robert D. Mariani
United States District Judge